# Court of Appeals
# of the State of Georgia

ATLANTA,  April 25, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0370.  WESLEY B. WILLIAMS v. JULIA F. WILLIAMS.**

Wesley B. Williams has filed a pro se application for discretionary appeal, seeking review of the trial court's award of OCGA § 19-6-2 attorney fees to his ex-wife in her contempt action against him for his failure to pay child support.  We, however, lack jurisdiction.

The application materials indicate that Williams was represented by counsel during the contempt hearing, where Williams was found in contempt, and his counsel continued to act on his behalf during discussions regarding the attorney fees issue. The record contains no indication that Williams's counsel has been relieved of his representation in these proceedings.  Williams therefore may not attempt to represent himself, and his pro se application is a nullity.  See *Tolbert v. Toole*, 296 Ga. 357, 363 (3) (767 SE2d 24) (2014); *Jacobsen v. Haldi*, 210 Ga. App. 817, 818-819 (1) (437 SE2d 819) (1993).  Consequently, Williams's application for discretionary appeal is hereby DISMISSED for lack of jurisdiction



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/25/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*